# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

TERESA RUCKER,     )
    )
    Plaintiff,     )
    )
v.     )     **Case No. 3:25-cv-01423**
    )     **Judge Aleta A. Trauger**
ONE TOUCH DIRECT, LLC,     )
    )
    Defendant.     )

## ORDER

The Magistrate Judge filed a Report and Recommendation ("R&R") (Doc. No. 14), recommending that the plaintiff's Motion for Remand (Doc. No. 6) and Motion for Remand and Removal Response (Doc. No. 7) be denied. The R&R finds that the case was properly removed to federal court based on federal question jurisdiction, as the plaintiff raised a federal law claim in her Amended Complaint. (Doc. No. 14 at 2–3.) It also notifies the plaintiff of the procedure for filing objections to the R&R and the deadline for doing so. (*Id.* at 4.)

The plaintiff thereafter filed a "Response" to the R&R in which she expressly "accept[s]" that removing the case to federal court is "[p]roper." (Doc. No. 18 at 1.) The remainder of this document constitutes argument in support of the merits of her underlying claims.

Because no timely objections have been filed, and the court is "satisf[ied] . . . that there is no clear error on the face of the record," Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment, the R&R is **ACCEPTED**, and the plaintiffs two Motions for Remand (Doc. Nos. 6, 7) are **DENIED**.

This matter remains on referral to the Magistrate Judge.

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge